UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSHUA L. PATE,

    Petitioner,

v.                                                   4:17cv562–WS/CAS

JULIE L. JONES, Secretary,
Department of Corrections,

    Respondent.

_____

## ORDER DENYING PETITIONER'S
## PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (ECF No. 25) docketed January 7, 2019. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be DENIED. Petitioner has filed objections (ECF No. 26) to the magistrate judge's report and recommendation, and those objections have been carefully reviewed by the undersigned.

Upon review of the record in light of Petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be

adopted. Like the magistrate judge, the undersigned finds that Petitioner has failed to show that he is entitled to relief under 28 U.S.C. § 2254.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 25) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's petition for writ of habeas corpus (ECF No. 1) is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DENIED."

4. A certificate of appealability and leave to appeal in forma pauperis are DENIED.

DONE AND ORDERED this __8th__ day of __February__, 2019.

                     s/ William Stafford
                     WILLIAM STAFFORD
                     SENIOR UNITED STATES DISTRICT JUDGE.